# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA
# (PHILADELPHIA)

| In Re:  Tamika S. Bowens  Debtors(s) | Chapter 13  Case Number: 20-11370-AMC |
|---|---|

## ORDER

AND NOW, this _____ day of _____, 2020, it is hereby ORDERED that if Tamika S. Bowens ("Debtor") and **Bayview Loan Servicing, LLC** ("Creditor") elect to enter into the proposed loan modification under the terms proposed by Creditor, the Debtor and Creditor may do so without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. §362; and it is hereby

FURTHER ORDERED that Debtor must return the executed modification agreement within ten (10) days of the entry of this Order to Creditor and/or Creditor's Counsel.

**Date: August 18, 2020**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE