United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                        Case No. 20-11370-amc
Tamika S. Bowens                                             Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: JEGilmore        Page 1 of 1           Date Rcvd: Aug 18, 2020
                           Form ID: pdf900         Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2020.
```
db            +Tamika S. Bowens,    440 E Howell Street,   Philadelphia, PA 19120-1113
cr            +Bayview Loan Servicing, LLC, a Delaware Limited Li,   Stern & Eisenberg, PC,
                1581 Main Street, Suite 200,   Warrington, PA 18976-3403
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Aug 19 2020 04:11:57    City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 19 2020 04:11:33
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 19 2020 04:11:52    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/Text: bnc@atlasacq.com Aug 19 2020 04:11:17    Atlas Acquisitions LLC,   294 Union St.,
                Hackensack, NJ 07601-4303
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 19 2020 04:12:41
                Capital One Auto Finance, a division of Capital On,   4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City, OK 73118-7901
                                                                             TOTAL: 5


         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            BAYVIEW LOAN SERVICING, LLC
                                                                        TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2020                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2020 at the address(es) listed below:
```
          DANIEL P. JONES    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company djones@sterneisenberg.com,   bkecf@sterneisenberg.com
          DAVID M. OFFEN    on behalf of Debtor Tamika S. Bowens dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                       TOTAL: 6
```

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| In Re: | |
|---|---|
|     Tamika S. Bowens | Chapter 13 |
|         Debtors(s) | Case Number: 20-11370-AMC |

## ORDER

AND NOW, this _____ day of _____ , 2020, it is hereby ORDERED that if Tamika S. Bowens ("Debtor") and **Bayview Loan Servicing, LLC** ("Creditor") elect to enter into the proposed loan modification under the terms proposed by Creditor, the Debtor and Creditor may do so without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. §362; and it is hereby

FURTHER ORDERED that Debtor must return the executed modification agreement within ten (10) days of the entry of this Order to Creditor and/or Creditor's Counsel.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

**Date: August 18, 2020**