# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                   Chapter 13

    TAMIKA  S. BOWENS                                   Bankruptcy No. 20-11370-AMC

    440 E HOWELL STREET

    PHILADELPHIA, PA 19120-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
TAMIKA  S. BOWENS

440 E HOWELL STREET

PHILADELPHIA, PA 19120-

**Counsel for debtor(s), by electronic notice only.**
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 9/8/2020                                                                                  /s/ William C. Miller

                                                                                                                                          _____

                                                  William C. Miller, Esquire
                                                  Chapter 13 Standing Trustee