# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 20-11370-AMC

    TAMIKA  S. BOWENS

    440 E HOWELL STREET

    PHILADELPHIA, PA 19120-

        Debtor

## **CERTIFICATE OF SERVICE**

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    TAMIKA  S. BOWENS

    440 E HOWELL STREET

    PHILADELPHIA, PA 19120-

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

Date: 11/17/2020

/S/ William C. Miller
_____

William C. Miller, Esquire
Chapter 13 Standing Trustee