**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:
Tamika S. Bowens

Debtor(s)

Case No: 20-11370-amc

Chapter 13

**NOTICE OF TEMPORARY FORBEARANCE**

| | |
|---|---|
| Bankruptcy Court Claim #: | 7-2 |
| Date of Filing: | September 28, 2020 |
| Effective Date of Forbearance: | November 1, 2020 through January 31, 2021 |

Bayview Loan Servicing, LLC, a Delaware Limited Liability Company c/o Community Loan Servicing, LLC f/k/a Bayview Loan Servicing, LLC ("Creditor") hereby provides notice that due to a recent financial hardship resulting directly or indirectly from the COVID-19 emergency the Debtors have requested, and Creditor has provided, a temporary suspension of mortgage payments ("Temporary Forbearance").

During this short-term relief, all terms and provisions of the mortgage note and security instrument, other than the payment obligations, will remain in full force and effect.

**NOTE**: The Temporary Forbearance does not forgive any indebtedness; it only suspends the date that such indebtedness must be paid.

Creditor does not waive any rights upon expiration of the Temporary Forbearance with respect to any remaining delinquency, including the right to seek relief from the automatic stay for nonpayment of the post-petition monthly installments or for reasons other than non-payment of the post-petition monthly installments, including, but not limited to, a lack of payment for required escrow items such as hazard insurance and real estate taxes. Creditor does not waive any rights to collect any and all payments that may come due during the Temporary Forbearance period after the expiration of the Temporary Forbearance.

Creditor is using Official Form 410S1 in accordance with Miscellaneous Order No. 20-3007, entered April 22, 2020. This use of Official Form 410S1 in this context does not imply or indicate that a payment change is occurring or has occurred on the Debtor's account, nor does the use of Official Form 410S1 in this context imply or indicate that the provisions of Federal Rule of Bankruptcy Procedure 3002.1 apply to this filing.

Nothing in the Temporary Forbearance or in this Notice shall constitute a waiver of Creditor's rights under the terms of the mortgage note and security instrument, the Bankruptcy Code or applicable non-bankruptcy laws and regulations, including, but not limited to, the Real Estate Settlement Procedures Act. Creditor expressly retains the right to collect any post-petition escrow shortage.

By: /s/Daniel P. Jones
Daniel P. Jones
Bar No: 321876
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
djones@sterneisenberg.com
Counsel for Creditor

**Fill in this information to identify the case:**

Debtor 1     Tamika S. Bowens

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  Eastern District of Pennsylvania
                                                                                (State)

Case number    20-11370-amc

---

Official Form 410S1

# Notice of Mortgage Payment Change                                              12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Bayview Loan Servicing, LLC, a Delaware Limited Liability Company c/o Community Loan Servicing, LLC f/k/a Bayview Loan Servicing, LLC

**Court claim no.** (if known): 7-2

**Last 4 digits** of any number you use to identify the debtor's account:     6047

**Date of payment change: Forbearance**
Must be at least 21 days after date of this notice

**New total payment:**     $ Forbearance
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes.    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:**    $ _____    **New escrow payment:**    $ _____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes.    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   **Current interest rate**     _____%    **New interest rate:**    _____%

   **Current principal and interest payment:** $ _____    **New principal and interest payment:** $_____

### Part 3: Other Payment Change

---

Official Form 410S1                                **Notice of Mortgage Payment Change**                                page 1

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes.    Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*
Reason for change: Temporary forbearance from November 1, 2020 through January 31, 2021. Please see attached Notice of Temporary Forbearance.
**Current mortgage payment:** $ 673.33       **New mortgage payment:** $  Forbearance

---

| Debtor 1 | Tamika S. Bowens | Case number (*if known*) 20-11370-amc |
|---|---|---|
| | First Name   Middle Name   Last Name | |

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

/s/Daniel P. Jones                                    Date December 15, 2020
Signature

Print:    Daniel P. Jones, Bar ID# 321876            Title: Attorney for Creditor
          First Name   Middle Name   Last Name

Company    Stern & Eisenberg, P.C.

Address    1581 Main Street, Suite 200 The Shops at Valley Square
           Number         Street

           Warrington, PA 18976
           City                              State      ZIP Code

Contact phone 215-572-8111            Email  djones@sterneisenberg.com

---

# **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice of Payment Change was served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date to the following:

DATE:    December 15, 2020

| | |
|---|---|
| David M. Offen, Esq.<br>601 Walnut Street<br>Suite 160 West<br>Philadelphia, PA 19106<br>dmo160west@gmail.com<br>**Counsel for Debtor** | William C. Miller, Esq.<br>P.O. Box 1229<br>Philadelphia, PA 19105<br>ecfemails@ph13trustee.com<br>**Bankruptcy Trustee** |

U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

Tamika S. Bowens
440 E Howell Street
Philadelphia, PA 19120
**Debtor(s)**

                /s/ Daniel P. Jones
By:  Daniel P. Jones, Bar No: 321876
      Stern & Eisenberg, P.C.
      1581 Main Street, Suite 200
      The Shops at Valley Square
      Warrington, PA 18976
      djones@sterneisenberg.com
      Phone: 215-572-8111
      Fax: (215) 572-5025
      Counsel for Movant