United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11370-amc |
| Tamika S. Bowens | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 02, 2021 | Form ID: pdf900 | Total Noticed: 60 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tamika S. Bowens, 440 E Howell Street, Philadelphia, PA 19120-1113 |
| cr | + | Bayview Loan Servicing, LLC, a Delaware Limited Li, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14477511 | | Aaron's, Inc., P.O. Box 102746, Atlanta, GA 30368-2746 |
| 14500222 | | American First Finance, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14477515 | + | Andrew Blacker, Esq., 1601 Market Street, 16th Floor, Philadelphia, PA 19103-2326 |
| 14477518 | + | BENNETT BRICKLIN & SALTZBURG, CENTRE SQUARE, WEST TOWER, 1500 MARKET STREET, 32ND FLOOR, Philadelphia, PA 19102-2100 |
| 14487250 | + | Bayview Loan Servicing, LLC, c/o Janet M. Spears, Esquire, Aldridge Pite, LLC, 4375 Jutland Drive Ste 200 PO Box 17933, San Diego, CA. 92177-7921 |
| 14519797 | + | Bayview Loan Servicing, LLC, c/o Daniel P. Jones, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14491973 | + | Bayview Loan Servicing, LLC, a Delaware Limited Li, C/O Rebecca Ann Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14477523 | + | Cavalry SPVI, LLC, Bass Associates PC, 3936 E Fort Lowell Road Suite 200, Tucson, AZ 85712-1083 |
| 14477532 | | ECMC, PO BOX 16408, Saint Paul, MN 55116-0408 |
| 14477533 | + | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 14477534 | + | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14477535 | + | Jasmine M Williams, Esq., 1801 MARKET ST, SUITE 2500, Philadelphia, PA 19103-1609 |
| 14477538 | + | Jeffrey N Kale, 1700 SANSOM STREET, 3rd Floor, Philadelphia, PA 19103-5209 |
| 14477539 | + | LAW OFFICE DONNA M DIPIETRO, 1601 MARKET ST, SUITE 1040, Philadelphia, PA 19103-2336 |
| 14482857 | + | Navient Solutions, LLC. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14477545 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14477542 | + | Pamela B Hinton, Esq., 1515 MARKET STREET, SUITE 1910, Philadelphia, PA 19102-1910 |
| 14502303 | + | Purchasing Power, LLC, Bankruptcy Dept., 2727 Paces Ferry Road SE, Bldg. 2, Suite 1200, Atlanta, GA 30339-4053 |
| 14477546 | + | S Gallant Law PC, One Penn Center Suite 1270, 1617 JFK Blvd, Philadelphia, PA 19103-1821 |
| 14486546 | + | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14477547 | + | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
| 14477548 | + | Security Credit Servic, 306 Enterprise Drive, Oxford, MS 38655-2762 |
| 14477549 | + | Terry Lee Jr., 3825 N 18TH ST, Philadelphia, PA 19140-3507 |
| 14477550 | + | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14477551 | + | Trident Asset Manageme, 10375 Old Alabama Road Co, Alpharetta, GA 30022-1122 |
| 14477555 | + | Zahmir Jones, et al, 3821 N. 18th Street, Philadelphia, PA 19140-3507 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Feb 03 2021 03:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 03 2021 03:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

Case 20-11370-amc  Doc 47  Filed 02/04/21  Entered 02/05/21 01:02:01  Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 02, 2021 | Form ID: pdf900 | Total Noticed: 60 |

| | | | | |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 03 2021 03:07:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Feb 03 2021 03:24:57 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14515474 | | Email/Text: bnc@atlasacq.com | Feb 03 2021 03:07:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 14502198 | + | Email/Text: bncmail@w-legal.com | Feb 03 2021 03:07:00 | Alliant Capital Management - HDH, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |
| 14477514 | + | Email/Text: agency@americanfirstfinance.com | Feb 03 2021 03:07:00 | Amer Fst Fin, 7330 W. 33rd Street, Wichita, KS 67205-9369 |
| 14477516 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 03 2021 03:07:00 | Bayview Loan, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1873 |
| 14519622 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 03 2021 03:07:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd., 4th Floor, Coral Gables, FL 33146-1873 |
| 14496781 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 03 2021 03:07:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| 14477522 | + | Email/Text: bankruptcy@flagshipcredit.com | Feb 03 2021 03:07:00 | CARFINANCE CAPITAL, PO BOX 3807, Coppell, TX 75019-5877 |
| 14477524 | | Email/Text: megan.harper@phila.gov | Feb 03 2021 03:07:00 | City of Philadelphia, Dept. of Licenses and Inspections, 1401 JFK Blvd., 11th Floor, Code Enforcement Unit, Philadelphia, PA 19102 |
| 14477525 | | Email/Text: megan.harper@phila.gov | Feb 03 2021 03:07:00 | City of Philadelphia - Law Dept., One Parkway Bldg., 1515 Arch Street, 14th Fl, Philadelphia, PA 19107 |
| 14532667 | | Email/Text: megan.harper@phila.gov | Feb 03 2021 03:07:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14477526 | | Email/Text: megan.harper@phila.gov | Feb 03 2021 03:07:00 | City of Philadelphia, Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 14477528 | | Email/Text: megan.harper@phila.gov | Feb 03 2021 03:07:00 | City of Philadelphia, Law Department, Tax Unit, BANKRUPTCY GROUP - MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 14518945 | | Email/Text: megan.harper@phila.gov | Feb 03 2021 03:07:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14480246 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Feb 03 2021 03:23:12 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14477520 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Feb 03 2021 03:23:12 | Capital One Auto Finance, c/o Ascension, P.O. Box 201347, Arlington, TX 76006-1347 |
| 14477521 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 03 2021 03:23:11 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14478732 | + | Email/Text: bankruptcy@cavps.com | Feb 03 2021 03:07:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14549630 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 03 2021 03:07:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 14477874 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 03 2021 03:07:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Ste |

Case 20-11370-amc    Doc 47    Filed 02/04/21    Entered 02/05/21 01:02:01    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 02, 2021 | Form ID: pdf900 | Total Noticed: 60 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 3000, Southfield MI 48034-8331 |
| 14477530 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 03 2021 03:07:00 | Credit Acceptance Corp, Po Box 5070, Southfield, MI 48086-5070 |
| 14477531 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 03 2021 03:23:12 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14477537 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 03 2021 03:07:00 | Jefferson Capital Syst, 16 Mceland Rd, Saint Cloud, MN 56303 |
| 14477541 | + | Email/PDF: pa_dc_claims@navient.com | Feb 03 2021 03:23:12 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14497951 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 03 2021 03:23:12 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14477544 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 03 2021 03:07:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14501700 | | Email/Text: appebnmailbox@sprint.com | Feb 03 2021 03:07:00 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 14477550 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 03 2021 03:23:30 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14477553 | + | Email/Text: dbogucki@trumark.org | Feb 03 2021 03:07:00 | Trumark Financial Cr, 335 Commerce Dr, Fort Washington, PA 19034-2720 |
| 14477554 | | Email/Text: megan.harper@phila.gov | Feb 03 2021 03:07:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BAYVIEW LOAN SERVICING, LLC |
| cr | | Community Loan Servicing, LLC |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 14477513 | *+ | Alike A Benton, 3821 N 18th Street, Philadelphia, PA 19140-3507 |
| 14477519 | *+ | BENNETT BRICKLIN & SALTZBURG, CENTRE SQUARE, WEST TOWER, 1500 MARKET STREET, 32ND FLOOR, Philadelphia, PA 19102-2100 |
| 14477517 | *+ | Bayview Loan, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1873 |
| 14477527 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 14477529 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Law Department, Tax Unit, BANKRUPTCY GROUP - MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 14550308 | *+ | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 14477540 | *+ | LAW OFFICE DONNA M DIPIETRO, 1601 MARKET ST, SUITE 1040, Philadelphia, PA 19103-2336 |
| 14477543 | *+ | Pamela B Hinton, Esq., 1515 MARKET STREET, SUITE 1910, Philadelphia, PA 19102-1910 |
| 14477552 | *+ | Trident Asset Manageme, 10375 Old Alabama Road Co, Alpharetta, GA 30022-1122 |
| 14477512 | ##+ | Alike A Benton, 3821 N 18th Street, Philadelphia, PA 19140-3507 |
| 14477536 | ##+ | Jean Carter, 7022 Georgian Road, Philadelphia, PA 19138-2117 |

TOTAL: 2 Undeliverable, 10 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 02, 2021 | Form ID: pdf900 | Total Noticed: 60 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DAVID M. OFFEN | on behalf of Debtor Tamika S. Bowens dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Tamika Bowen         :         Bankruptcy No. 20-11370-AMC
       Debtor               :

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

    1. This chapter 13 bankruptcy case is **DISMISSED**.

    2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

    3. Any wage orders previously entered are **VACATED**.

    4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

    5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

    6. Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either: (a) a Certification of No Response confirming that either an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

    7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

_____                           _____
Dated                                            ASHELY CHAN
**Date: February 2, 2021**              U.S. BANKRUPTCY JUDGE